John J. Harvey et al., Surviving Partners Doing Business under the Name of John J. Harvey Company, Appellants and Respondents, *v.* State of New York, Respondent and Appellant. (Claim No. 30277.)

Submitted January 7, 1952; decided January 10, 1952.

*J. Walter Augar* for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Henry S. Manley* of counsel), opposed.

Motion denied, with $10 costs.